# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID MARIO CHAVEZ,
               Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
THE STATE OF NEVADA; AND BRIAN
WILLIAMS, SR.,
               Respondents.

No. 72894

**FILED**

JUN 1 6 2017



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeals on April 19, 2017, and April 28, 2017. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Linda Marie Bell, District Judge
       David Mario Chavez
       Attorney General/Carson City
       Eighth District Court Clerk

17-20133